IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-01958-WDM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$13,222.00 IN UNITED STATES CURRENCY,
2001 DODGE RAM VIN 1B7HC16X315349583, and
2002 FORD F150 VIN 1FTRW07632KD59639,

    Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

Miller, J.

This case is before me on the government's Motion for Default and Final Order of Forfeiture, filed February 7, 2011 (ECF No. 17). I have reviewed the motion, the Verified Complaint for Forfeiture *in Rem*, and the procedural record of this lawsuit. Based upon that review, I find:

1. The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881.

2. All known interested parties have been provided an opportunity to respond, and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. After notice, there have been no claims or answers filed in this matter as to the defendant properties as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. The Clerk of the Court entered Default on February 2, 2011 (ECF No. 13).

5. Based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all of the defendant properties, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

6. Based upon the facts and verification set forth in the Verified Complaint, it appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

7. The facts and verification set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to the defendant properties.

8. The Clerk of the Court shall be directed to enter Judgment as to all of the defendant properties.

Based upon these findings, it is ORDERED:

1. Default and forfeiture of the following properties, including all right, title, and interest is hereby entered in favor of the United States:

    a. $13,222.00 IN UNITED STATES CURRENCY,

    b. 2001 DODGE RAM VIN 1B7HC16X315349583, and

    c. 2002 FORD F150 VIN 1FTRW07632KD59639.

2. The United States shall have full and legal title as to defendant properties and may dispose of said properties in accordance with law.

3. This Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant properties under 28 U.S.C. § 2465.

4. The Clerk of the Court is directed to enter Judgment as to all of the defendant

properties.

DATED at Denver, Colorado, on April 14, 2011.

BY THE COURT:

s/ Walker D. Miller
United States District Judge